[No. 50017-1-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVIN KARL GALER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04623-0, Cheryl B. Carey, J., entered January 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50103-8-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK DAVID MEMPA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08958-3, Donald D. Haley, J., entered February 25, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50223-9-I. Division One. November 12, 2002.]

JERRY KUBAT, ET AL., *as Guardians, Appellants*, v. THE CITY OF EVERETT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-05516-8, Kenneth L. Cowsert, J., entered March 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50406-1-I. Division One. November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO GABRIEL ENDRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00884-2, Donald D. Haley, J., and Kenneth Comstock, J. Pro Tem., entered September 5, 2001. *Remanded* by unpublished per curiam opinion.